UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:  Jad Najm ,<br>         Debtor | Chapter: 13<br>Case No: 18−41339<br>Judge Christopher J. Panos |

## NOTICE OF PROOF OF CLAIM FILED UNDER FED. R. BANKR. P. 3004

TO:   SPS Inc.

Pursuant to Fed. R. Bankr. P. 3004 you are hereby notified that on **NOVEMBER 20, 2018** the Trustee or the Debtor(s) filed a proof of claim on your behalf pursuant to Fed. R. Bankr. P. 3004 in the above−referenced case.

If you disagree with the amount or any aspect of this proof of claim, **you must file an amended proof of claim. The deadline to file with the court an amended proof of claim is on or before JANUARY 4, 2019.** The amended proof of claim shall be filed with the court at the address provided below, or you may file electronically if you are a registered user of CM/ECF in this court. See MLBR Appendix 8, Rule 2. You shall also file a certificate of service with the court within seven (7) days of the filing of the amended proof of claim reflecting service of the amended proof of claim on the Debtor, the Debtor's attorney and the Trustee. To obtain a proof of claim form (Official Form 410) or to learn more about filing the amended claim form electronically, please visit www.mab.uscourts.gov.

**FAILURE TO FILE AN AMENDED PROOF OF CLAIM BY THIS DEADLINE MAY PERMANENTLY AFFECT YOUR RIGHTS TO DISTRIBUTION, IF ANY, UNDER THE PLAN, YOUR RIGHTS AGAINST THE DEBTOR(S), AND ANY RIGHTS AFTER THE PLAN COMPLETION AND DISCHARGE.**

You may wish to consult with legal counsel as to your rights and obligations in this case. Questions about the claim should be directed to the party who filed the proof of claim on your behalf.

Date:11/21/18                                           Mary P. Sharon
                                                        Clerk, U.S. Bankruptcy Court

                                                        By the Court,

                                                        William McLeod
                                                        Deputy Clerk
                                                        617−748−5351

| **Trustee** | **Debtor if Pro se/Debtor's Attorney** | **Court Address** |
|---|---|---|
| Denise M. Pappalardo<br>P. O. Box 16607<br>Worcester, MA 01601<br>Telephone number:<br>508−791−3300 | Patrick L. Mead<br>Law Offices of Patrick L. Mead<br>160 Old Derby Street, Suite 107<br>Hingham, MA 02043<br>Telephone number:<br>1−800−681−9852 | U. S. Bankruptcy Court<br>595 Main Street<br>Worcester, MA 01608 |